ACCEPTED
05-15-00171-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/15/2015 12:38:02 PM
LISA MATZ
CLERK

CAUSE NO. 05-15-00171-CR

| | | |
|---|---|---|
| LUIS TERRAZA DURAN | § | COURT OF APPEALS |
| | § | |
| VS. | § | FIFTH DISTRICT OF TEXAS |
| | § | |
| THE STATE OF TEXAS | § | AT DALLAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/15/2015 12:38:02 PM
LISA MATZ
Clerk

## MOTION FOR LEAVE TO FILE SECOND MOTION TO EXTEND TIME TO LATE-FILE APPELLANT'S ORIGINAL BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes LUIS TERRAZA DURAN, Appellant in the above styled and numbered cause, and moves this Court to grant leave to file a second motion for the extension of time to late-file appellant's original brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the 366th Judicial District Court of Collin County, Texas.

2.     The case below was styled the *STATE OF TEXAS vs. LUIS TERRAZA DURAN*, and numbered 366-82853-2011.

3.     Appellant was convicted of two counts of Aggravated Sexual Assault and one count of Indecency with a Child by Contact.

---

*Appellant's Motion for Leave to File Second Motion to*
*Extend Time to Late-File Appellant's Brief*

4.     Appellant was assessed a sentence of fifty-five (55) years to the Institutional Division of the Texas Department of Criminal Justice and seventeen (17) years to the Institutional Division of the Texas Department of Criminal Justice. The sentences were ordered to run concurrently.

5.     Notice of appeal was given on February 6, 2015.

6.     The clerk's record was filed on April 7, 2015; the reporter's record was filed on April 6, 2015.

7.     The appellant's original brief was due on May 7, 2015.

8.     Appellant was previously given an extension of time of twenty-five (25) days from the date of May 11, 2015, to file appellant's original brief on June 5, 2015.

9.     Counsel for Appellant requests for the final time an extension of time of ten (10) days from the date of June 5, 2015, to file Appellant's Original Brief on June 15, 2015.

10.     Defendant is currently incarcerated.

11.     Appellant relies on the following facts as good cause for the requested extension:

Counsel for Appellant has prepared for and/or participated in no less than two criminal bench trials, three criminal jury trials, one family law bench trial, and two family law contested/emergency hearings. Counsel for Appellant has also appeared at criminal dockets in Collin, Dallas, Denton, and Hunt Counties, resetting misdemeanor and felony cases, reaching plea bargains, participating in contested motion hearings and bench/jury pre-trial arraignments as well. Additionally, Counsel for Appellant has been responsible for the care of his 10-year old daughter for the past two (2) weeks due to medical issues with her mother. Counsel for Appellant has been unable to work without constant interruption which has caused significant delay in submitting this Brief to the Court. Counsel for Appellant offers his sincerest apology and respectfully asks the Court to grant this final extension.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion for Leave to File Second Motion to Extend Time to Late-File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

MARC J FRATTER
1207 West University Drive, Suite 101
McKinney, Texas 75069
Tel: (214) 471-3434
Fax: (972) 424-4719
mfratter@yahoo.com

By: /s/ Marc J. Fratter
　　Marc J. Fratter
　　State Bar No. 24029973
　　Attorney for LUIS TERRAZA DURAN

## CERTIFICATE OF SERVICE

This is to certify that on June 15, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Collin County, Texas, by hand delivery.

/s/ Marc J. Fratter
Marc J. Fratter

**STATE OF TEXAS** § 

 §

**COUNTY OF COLLIN** §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared

Marc J. Fratter, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled

cause. I have read the foregoing Motion to Extend Time to Late-File

Appellant's Brief and swear that all of the allegations of fact contained

therein are true and correct."

_MARC J. FRATTER_____
Marc J. Fratter
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on __6/15___, 2015, to

certify which witness my hand and seal of office.



_____
Notary Public, State of Texas

ELIZABETH JUSTICE
My Commission Expires
January 17, 2019
NOTARY PUBLIC
STATE OF TEXAS